# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMOS, and JASON SAUNDERS,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>M. MONTEIRO, et al.,<br><br>　　　　Defendants. | Case No. CV 06-0832-GAF (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Final Amended Report and Recommendation of the United States Magistrate Judge.  Objections to the Amended Report and Recommendation have been filed by defendants.  Having made a de novo determination of those portions of the Final Amended Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED as follows:

　　　　1.　　Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)[unenumerated]  for failure to exhaust administrative remedies is GRANTED IN PART

and DENIED IN PART as follows:

  (a) Claim Four as asserted by plaintiff Saunders is dismissed without prejudice except for to the extent it asserts retaliation claims against defendants Villalobos, Huerta, Griffith and Colunga arising out of the January 25, 2004 search of plaintiff Saunders's cell and the loss of his property upon transfer; and the Motion to Dismiss is DENIED in all other respects.

 2. Defendants' Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f) are GRANTED IN PART and DENIED IN PART as follows:

  (a) Plaintiff Ramos's claims in Claim One are dismissed, without leave to amend, as against defendants Monteiro, Huerta, Tidwell, Day, Baumgardner, Craig, Gaffney, Francisco, Villalobos, Wolter, Rhodes, Griffith, Mathys, and Newborg;

  (b) Plaintiff Saunders's claims in Claim One are dismissed, without leave to amend, as against defendants Huerta, Tidwell, Craig, Gaffney, Francisco, Villalobos, Wolter, Rhodes, Griffith, Mathys, and Newborg;

  (c) Claim Two is dismissed, without leave to amend, as against defendants Monteiro, Rouston, Reed, Sumpter, Colunga, Huerta, Quinn, Woods, Day, Herrera, Rhodes, and Villalobos;

  (d) Claim Three is dismissed, without leave to amend, as against all moving defendants;

  (e) Plaintiff Ramos's claims in Claim Four are dismissed, without leave to amend, as against defendants Huerta, Woods, Day, Craig, Herrera, Gaffney, Francisco, Villalobos, Wolter, Newborg, Rhodes, Griffith, and Mathys;

  (f) Claim Five is dismissed, without leave to amend, as against all moving defendants;

  (g) Claims Six and Seven are dismissed, without leave to amend, as against all defendants in their individual capacities;

  (h) The punitive damages allegations are stricken pursuant to Fed. R. Civ. P. 12(f); and

(i) Defendants' motions are DENIED in all other respects.

Defendants are ORDERED to file an Answer consistent with the Final Amended Report and Recommendation and this Order within 30 days of this Order.

DATED: 9/5/2008

*/s/ Gary Feess*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE