1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11 | ARMANDO RAMOS, and
JASON SAUNDERS,             )         Case No. CV 06-0832-GAF (JTL)

12                            )
                   Plaintiffs,    )

13                            )          ORDER ADOPTING FINDINGS,
         v.                     )          CONCLUSIONS, AND

14                            )          RECOMMENDATIONS OF UNITED
M. MONTEIRO, et al.,          )          STATES MAGISTRATE JUDGE

15                            )
                 Defendants.   )

16 _____ )

17

18         Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Third Amended

19 Complaint, all the records and files herein, and the Final Report and Recommendation of

20 the United States Magistrate Judge.  The Court concurs with and adopts the findings,

21 conclusions and recommendations of the Magistrate Judge.

22         IT IS ORDERED as follows:

23         1.      Defendants' motion to dismiss pursuant to Fed. R. Civ. P.

24 12(b)[unenumerated]  for failure to exhaust administrative remedies is GRANTED IN PART

25 and DENIED IN PART as follows:

26             (a) Claim Four as asserted by plaintiff Saunders is dismissed without

27 prejudice;         and

28             (b) The motion is DENIED in all other respects.

2.     Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED IN PART and DENIED IN PART as follows:

(a) Plaintiff Ramos's claims in Claim One are dismissed, without leave to amend,          as against defendants Carson, Brochu, Fitter, and Conley;

(b) Plaintiff Saunders's claims in Claim One are dismissed, without leave to amend, as against defendants Carson, Brochu, and Fitter;

(c) Claim Two is dismissed, without leave to amend, as against defendants Dottaviano, Conley, Walker, Porter, Mira, Shabazz, and Gaupel;

(e) Claim Three is dismissed, without leave to amend, as against all moving defendants;

(f) Plaintiff Ramos's claims in Claim Four are dismissed, without leave to amend,          as against defendants Fitter, Brochu, Mira, and Conley;

(g) Claim Five is dismissed, without leave to amend, as against all moving defendants;

(h) Claims Six and Seven are dismissed, without leave to amend, as against all          defendants in their individual capacities; and

(i) Defendants' motions are DENIED in all other respects.

3.     All defendants who have appeared in this action are ORDERED to file an Answer consistent with the Final Report and Recommendation and this Order, and the Report and Recommendation filed September 2, 2008 and Order filed September 5, 2008, within 30 days of this Order.

DATED: May 14, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE